United States District Court
Southern District of Texas
**ENTERED**
February 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE LUIS NINO, | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | No. 2:18-cv-00241 |
| | § | |
| vs. | § | |
| | § | |
| WOOD GROUP PSN, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Approve Settlement (Filed Under Seal), requesting approval of the Parties' settlement agreement and the dismissal of Plaintiff's claims with prejudice. After reviewing the Parties' Motion and supporting papers, including the Parties' Agreement, it is hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further **ORDERED** that the Parties' settlement agreement is approved as a fair and reasonable resolution of the Parties' *bona fide* dispute under the Fair Labor Standards Act. It is further **ORDERED** that Plaintiff's claims against Defendant are dismissed in their entirety and with prejudice with all Parties to bear their own costs.

SIGNED this ___ day of _2/27/2020_2020.

_____
UNITED STATES DISTRICT JUDGE